LINDA A. PAINTER, Respondent and Appellant, *v.* AUSTIN B. FLETCHER, as Executor of HENRY J. BRAKER, Deceased, Appellant and Respondent.

Reported below, 189 App. Div. 165.

(Submitted March 8, 1920; decided March 16, 1920.)

MOTION to dismiss defendant's appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered October 24, 1919, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. Both plaintiff and defendant appealed from the judgment of the trial court, the former solely upon the ground of insufficiency of the verdict. The Appellate Division modified by increasing the amount of the judgment in plaintiff's favor and in other respects unanimously affirmed the said judgment.

The motion was made upon the ground that in so far as defendant's appeal was concerned the affirmance was unanimous and permission to appeal had not been obtained.

*John Ewen* for motion.

*Safford A. Crummey* opposed.

Motion denied, with ten dollars costs.